No. 23-1045                          September Term, 2023

EPA-85FR49084
EPA-87FR77985

Filed On: August 9, 2024 [2069201]

Huntsman Petrochemical LLC,

      Petitioner

      v.

Environmental Protection Agency,

      Respondent

------------------------------

Air Alliance Houston, et al.,
      Intervenors
------------------------------

Consolidated with 23-1047, 23-1085

      **BEFORE:**    Henderson and Garcia, Circuit Judges; Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of petitioners' motion for additional briefing, and the opposition thereto, it is

**ORDERED** that the motion be denied.

### Per Curiam

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                      BY:     /s/
                                Michael C. McGrail
                                Deputy Clerk