# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HUNTSMAN PETROCHEMICAL LLC, | ) )  Nos. 23-1045 (lead case); 23-1047 |
| Petitioner, | ) ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) |
| Respondent. | |

## PETITIONER HUNTSMAN PETROCHEMICAL LLC'S NONBINDING STATEMENT OF ISSUES

Pursuant to the Clerk's orders of February 22, 2023 and February 23, 2023, Petitioner Huntsman Petrochemical LLC respectfully submits this nonbinding list of issues regarding United States Environmental Protection Agency's ("EPA's") final action entitled *Reconsideration of the National Emission Standards for Hazardous Air Pollutants: Miscellaneous Organic Chemical Manufacturing Residual Risk and Technology Review*, 78 Fed. Reg. 77,985 (December 21, 2022) ("Reconsideration Decision"). Without waiving any right to raise additional issues, Petitioner states that it intends to raise the following issues:

1. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law when promulgating the Reconsideration Decision by continuing to rely on the 2016 Integrated Risk Information System December 2016 risk value for ethylene oxide ("IRIS Value") of $5 \times 10^{-3}$ per µg/m$^3$ to find unacceptable risk associated with emissions from the Miscellaneous Organic Chemical Manufacturing ("MON") source category.

2. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law when promulgating the Reconsideration Decision by failing to sufficiently consider the Texas Commission on Environmental Quality's ("TCEQ's") dose-response value for ethylene oxide and other available evidence in conducting the risk assessment for the MON source category.

3. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law when promulgating the Reconsideration Decision by declining to adopt the TCEQ's dose-response value for ethylene oxide in conducting the risk assessment for the MON source category.

4. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law by subjecting the MON source category to additional control measures to reduce ethylene oxide risks when that decision was based on an improper finding that unacceptable risk exists.

Dated: March 24, 2023

/s/ *Allen A. Kacenjar*
Allen A. Kacenjar
John D. Lazzaretti
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
allen.kacenjar@squirepb.com
john.lazzaretti@squirepb.com

*Counsel for Huntsman Petrochemical LLC*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 24, 2023, I electronically filed the foregoing Non-Binding Statement of Issues with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

        /s/ *Allen A. Kacenjar*
        Allen A. Kacenjar